# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BILLY BLEVINS**             **PLAINTIFF**

v.      Case No. 3:16-cv-00318-KGB

**JONES,** *et al*.           **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations issued by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). Plaintiff Billy Blevins has not filed any objection, and the time to file an objection has passed. After careful consideration of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

The Court dismisses without prejudice the action pursuant to Local Rule 5.5(c)(2). Pursuant to 28 U.S.C. §1915(a)(3), this Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this the 18th day of August, 2017.

                                               Kristine G. Baker
                                               United States District Judge