# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BILLY BLEVINS**                                                             **PLAINTIFF**

**v.**                          Case No. 3:16-cv-00318-KGB

**JONES,** *et al*.                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged, that plaintiff Billy Blevins' complaint be dismissed without prejudice.

It is so adjudged this the 18th day of August, 2017.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge